JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT'S AUTO SERVICE OF GLENDALE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV12-08870 PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br><br>District Judge:  Hon. Percy Anderson<br>Dept:  15<br><br>Magistrate:  Hon. Victor B. Kenton<br>Dept:  590<br>Trial Date:  Not Set |

1  Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

6  IT IS SO ORDERED.

9  Dated: August 7, 2013

                                                Hon. Percy Anderson
                                                United States District Judge